# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SUSANNE HATCH,

    Plaintiff,

vs.                                                        Cause No. 1:16-cv-00807-KK-KBM

TYLER JAMES POWELL and
MICHAEL J. POWELL,

    Defendants.

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF TIME FOR SERVICE

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Additional Extension of Time (Doc. 6), the Court having considered Plaintiff's Motion, and having been fully advised in the premises, finds that the Motion is well-taken in part and will be granted part.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for service of process in this matter is extended from January 7, 2017 to February 24, 2017.

IT IS FURTHER ORDERED that there will be no further extensions of the deadline for service of process absent a hearing.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE